UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DARREN DEON JOHNSON,

       Plaintiff,

Case No. 1:23-cv-991

v.

Honorable Paul L. Maloney

UNKNOWN CURLER et al.,

       Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   December 26, 2023               /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge